```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 63956
   EDWARD K BITOY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

       Debtor
   SSN XXX-XX-6800


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 12/14/2005 and was confirmed 04/06/2006.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

   The case was paid in full 01/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED            378.00           .00           378.00
COOK COUNTY TREASURER      SECURED             23.61           .00            23.61
WELLS FARGO BANK           CURRENT MORTG        .00            .00              .00
WELLS FARGO BANK           MORTGAGE ARRE      172.41           .00           172.41
INTERNAL REVENUE SERVICE   PRIORITY          4725.00           .00          4725.00
ACN COMMUNICATION SERVIC   UNSECURED        NOT FILED          .00              .00
ADVOCATE MEDICAL GROUP     UNSECURED        NOT FILED          .00              .00
CALVARY PORTFOLIO          UNSECURED        NOT FILED          .00              .00
CHECK N GO                 UNSECURED        NOT FILED          .00              .00
CHICAGO WOMENS HEALTH CA   UNSECURED        NOT FILED          .00              .00
CHRSIT HOSPITAL            UNSECURED        NOT FILED          .00              .00
CITY OF CHICAGO PARKING    UNSECURED         1940.05           .00          1940.05
COMMONWEALTH EDISON        UNSECURED         2106.46           .00          2106.46
DINESH JAIN MD             UNSECURED        NOT FILED          .00              .00
CIRCUIT COURT OF COOK CO   UNSECURED        NOT FILED          .00              .00
FAIR FINANCIAL SERVICE     UNSECURED        NOT FILED          .00              .00
I C COLLECTION SERVICE     UNSECURED        NOT FILED          .00              .00
INGALLS HOSPITAL           UNSECURED        NOT FILED          .00              .00
INSTANT CASH ADVANCE       UNSECURED        NOT FILED          .00              .00
IUOE LOCAL 399 HEALTH &    UNSECURED        NOT FILED          .00              .00
LITTLE CO MARY HOSPITAL    UNSECURED        NOT FILED          .00              .00
MEDICAL COLLECTIONS SYS    UNSECURED        NOT FILED          .00              .00
MERCY HOSPITAL             UNSECURED        NOT FILED          .00              .00
NEUROLOGY ASSOCI           UNSECURED        NOT FILED          .00              .00
PELLETTIERI & ASSOC        UNSECURED          835.77           .00           835.77
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED          .00              .00
T MOBILE                   UNSECURED        NOT FILED          .00              .00
PREMIER BANCARD CHARTER    UNSECURED          340.22           .00           340.22
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      200.20           .00           200.20
ILLINOIS DEPT OF REV       UNSECURED          325.23           .00           325.23
ILLINOIS DEPT OF REV       PRIORITY          2385.13           .00          2385.13
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,415.00                        3,415.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 63956 EDWARD K BITOY
```

```
TOM VAUGHN                 TRUSTEE                                    1,004.59
DEBTOR REFUND              REFUND                                       627.16

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 18,478.83

PRIORITY                                       7,310.33
SECURED                                          574.02
UNSECURED                                      5,547.73
ADMINISTRATIVE                                 3,415.00
TRUSTEE COMPENSATION                           1,004.59
DEBTOR REFUND                                    627.16
                        ---------------   ---------------
TOTALS                  18,478.83              18,478.83
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 04/24/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE